IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-3 (MTT) |
| | ) |
| MICHAEL KEITH BEAVERS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term. Doc. 18. The defendant was indicted on January 9, 2024, and had his arraignment in this Court on January 24, 2024. Docs. 1; 8. No prior continuances have been granted. The parties now move the Court to continue this case to the next trial term to allow defense counsel additional time to review the government's discovery, conduct any required investigation, or negotiate a potential resolution of the case. Doc. 18 ¶ 4.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 18) is **GRANTED**. The case is continued from the March term until the Court's next trial term presently scheduled for **April 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 13th day of February, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT